IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**RODNEY WILLIAMS**                                                                                   **PLAINTIFF**

**VS.**                                                                                 **CIVIL ACTION NO. 3:16cv29**

**FEDERAL HOME LOAN MORTGAGE CORP., et al**              **DEFENDANTS**

## ORDER

The above-entitled action represents yet another utterly frivolous action filed in this court by plaintiff Rodney Williams. This court and the Fifth Circuit have each had to expend significant judicial energy in dealing with Mr. Williams' filings, which amount to the judicial equivalent of vandalism. In *Williams v. Morris, et al.*, No: 3:13cv123, this court dismissed an action filed by plaintiff relating to the same property at issue in this case, located at 2815 Austin Road, Nesbit, Mississippi 38651. In so doing, this court wrote that:

> Having reviewed the record of plaintiff's litigation in state court, and drawing reasonable inferences therefrom, the court concludes that this is an abusive lawsuit which is due to be dismissed for the reasons stated in defendants' motion, including but not limited to failure to state a claim upon which relief may be granted, lack of standing and *res judicata*. Defendants' motion to dismiss will therefore be granted.

In so ruling, this court agreed with defendants that the lawsuit was a "modern day land grab" in which Williams was "wrongfully claiming ownership interest" in property which had been lawfully foreclosed upon. The Fifth Circuit affirmed this court's order dismissing the case, although it indicated that the dismissal should have been without prejudice. *Williams v. Morris*, 614 Fed.Appx. 773 (5th Cir. 2015).

As in the prior action, plaintiff's goal in this case is to obtain possession of the house

located at 2815 Austin Road, and it is clear that his efforts to do so are barred by *res judicata* and/or collateral estoppel.  This court does not wish to force defendants to incur legal expenses in defending themselves against this lawsuit, and it will accordingly dismiss it on its own motion, as barred by *res judicata* and/or collateral estoppel.  This court specifically finds that this action is frivolous and that plaintiff is not entitled to proceed *in forma pauperis*, either before this court or on appeal.

    It is therefore ordered that this case is dismissed and closed.

    A separate judgment will be entered this date, pursuant to Fed. R. Civ. P. 58.

    So ordered, this the 5th day of February, 2016.

    **/s/ MICHAEL P. MILLS**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**